JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ALFREDO MONTEZ, | ) | No. CV 14-02602-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KIM HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 4/27/15

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE